**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JRGC, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1144931** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **P. O. Box 18012**<br>**Tampa, FL 33679**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **JRGC, LLC**

Case number (*if known*) _____

Name

---

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **JRGC, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **JRGC, LLC**                                                    Case number (*if known*) _____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **JRGC, LLC**
Name                                                                      Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November  2, 2023**
MM / DD / YYYY

*X* **/s/ Jordan Ruben**                          **Jordan Ruben**
Signature of authorized representative of debtor    Printed name

Title  **Managing Member**

---

**18. Signature of attorney**

*X* **/s/ Buddy D. Ford, Esquire**          Date **November  2, 2023**
Signature of attorney for debtor                  MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue
Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone  **(813)877-4669**    Email address  **All@tampaesq.com**

**0654711 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **JRGC, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* _____

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November  2, 2023**        *X* **/s/ Jordan Ruben**
_____                              _____
                                             Signature of individual signing on behalf of debtor

                                             **Jordan Ruben**
                                             _____
                                             Printed name

                                             **Managing Member**
                                             _____
                                             Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name    **JRGC, LLC** | |
| United States Bankruptcy Court for the:    **MIDDLE DISTRICT OF FLORIDA** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ocean Capital Ventures, Inc. 300 Beach Dr. Ste. 903 Saint Petersburg, FL 33701 | | Lawsuit | | | | $2,036,338.46 |
| Small Business Admin. 801 Tom Martin Dr., Ste. 120 Birmingham, AL 35211 | | | | $495,000.00 | $0.00 | $495,000.00 |
| Scott Seckinger 4908 W. Estrella St. Tampa, FL 33629 | | Lawsuit | | | | $250,000.00 |
| Michael Molinari 4815 W. Beachway Dr. Tampa, FL 33609 | | Lawsuit | | | | $250,000.00 |
| M. D. Adnan Rahman c/o Josef Y. Rosen, Esq. 401 E. Jackson St. Ste. 2700 Tampa, FL 33602 | | Lawsuit | | | | $170,000.00 |
| American Express P. O. Box 6031 Carol Stream, IL 60197 | | Credit Card | | | | $51,656.08 |
| First Citizen's Bank P. O. Box 27131 Raleigh, NC 27611-7131 | | Line of Credit | | | | $49,883.51 |
| First Citizen's Bank P. O. Box 27131 Raleigh, NC 27611-7131 | | Credit Card | | | | $25,239.72 |

Debtor    **JRGC, LLC**
_____    Case number *(if known)*    _____
Name

| Fill in this information to identify the case: |
| --- |
| Debtor name    **JRGC, LLC** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................    $ __18,300,000.00__

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................    $ __202.72__

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................    $ __18,300,202.72__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ __6,881,494.93__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $ __0.00__

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ __2,833,117.77__

4. **Total liabilities** .................................................................................................................
   Lines 2 + 3a + 3b    $ __9,714,612.70__

**Fill in this information to identify the case:**

Debtor name **JRGC, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of Tampa** | **Business checking** | 5472 | $61.75 |
| 3.2. | **First Citizen's Bank** | **Business checking** | 4540 | $140.97 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$202.72

| Part 2: | Deposits and Prepayments |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor  **JRGC, LLC**
_____    Case number *(If known)*  _____
Name

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.  300 Lots** | | | | |
| **See attached Exhibit "A"** | Fee simple | $0.00 | | $15,000,000.00 |
| **55.2.  36 Lots** | | | | |
| **See attached Exhibit "B"** | Fee simple | $0.00 | | $1,800,000.00 |

Debtor    **JRGC, LLC**_____    Case number *(If known)*_____
          Name

55.3.    **30 Lots**

| See attached Exhibit "C" | Fee simple | $0.00 | $1,500,000.00 |

| 56. | **Total of Part 9.** | | $18,300,000.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **JRGC, LLC**
_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $202.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $18,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $202.72 | + 91b. $18,300,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,300,202.72 |



The following described property, situate and being in Rotonda Villas, a Subdivision according to the plat thereof, as recorded in Plat Book 12, Pages 1A through 1Z15, of the Public Records of Charlotte County, Florida, and being more particularly described as follows:

Lots 53 through 85 and Lots 87 through 101, Block 3; Lots 41 and 42, Block 4; Lots 9 through 12, 77, and 153 through 155, Block 13; Lot 20, Block 16; Lots 96 through 127, 141, 142, 148, 151 through 153, 155, 162 through 165, 175, 176, 336, 337, 391, and 460, Block 28; Lots 21, 56 through 66, 85 through 87 and 89 through 96, Block 30; Lot 25, Block 32; Lots 1 through 3, 26, 82 through 85, 106, 107, 114, 115, 118 through 120, 125, 126, 132, 133, 141, 143 and 161 through 165, Block 34;  Lots 7, 8, 35 through 39, 43 through 49, 51, and 52, Block 35; Lot 23, Block 36; Lots 18 through 32, Block 37; Lots 1 through 15, 66 through 71, 73 through 80, 82 through 84 and 86 through 105, Block 38; Lots 9 through 14, 30 through 43, 57, 58, 61 through 64 and 72 through 86, Block 39; and Lots 1 through 8, Block 44.



**PARCEL 1:**

A parcel of land in Citrus County, Florida, being more fully described as follows:
Begin at the Northeast corner of the NW 1/4 of Section 7, Township 19 South, Range 20 East;
thence N. 89°36'11" W., along the North line of said NW 1/4, a distance of 629.03 feet; thence S.
21°05'48" E, a distance of 500.0 feet; thence N. 89°36'11" W., a distance of 200 feet to the
Northeasterly right of way line of U.S. Highway No. 41; thence S. 21°05'48" E., along said right
of way line, a distance of 214.86 feet; thence continue along said right of way line the following
courses and distances: S. 89°34'12" E., 45.12 feet; thence S. 21°05'48" E., 290.94 feet; N.
68°54'12" E., 57 feet; S. 21°05'48" E., 1004.76 feet to the P.C. of a curve concaved
Southwesterly, having a central angle of 21°13'58" and a radius of 2041.86 feet; thence
Southeasterly along the arc of said curve, a distance of 756.68 feet to the P.T. of said curve
(chord bearing and distance between said points being S. 10°28'49" E., 752.35 feet); thence S.
0°08'10" W., along said right of way line, a distance of 69.96 feet to a point on the South line of
the NE 1/4 of Section 7, Township 19 South, Range 20 East; thence S. 89°50'38" E., along said
South line, a distance of 685.63 feet; thence N. 0°16'57" W., 1180.33 feet; thence N. 58°30'41"
W., 486.38 feet; thence N. 36°58'03" E., a distance of 683.13 feet; thence N. 0°16'57" W., a
distance of 675.65 feet to the North line of Section 7, Township 19 South, Range 20 East; thence
N. 89°36'11" W., along said North line, a distance of 802.20 feet to the Point of Beginning.

Parcel Identification Number: 20E19S07 13000

ADDITIONAL PROPERTY

**PARCEL 1:**
Lot 4, Block 93, Rotonda Meadows, according to the plat thereof, as recorded in Plat Book 10,
Page 15, Public Records of Charlotte County, Florida.

**PARCEL 2:**
Lot 24, Block 93, Rotonda Meadows, according to the plat thereof, as recorded in Plat Book 10,
Page 15, Public Records of Charlotte County, Florida.

**PARCEL 3:**
Lot 60, Block 10, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page
1, Public Records of Charlotte County, Florida.

**PARCEL 4:**
Lot 67, Block 25, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page
1, Public Records of Charlotte County, Florida.

PARCEL 5:
Lots 31 and 61, Block 26, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 6:
Lots 425, 426, and 427, Block 28, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 7:
Lot 11, Block 29, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 8:
Lot 219, Block 30, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 9:
Lot 221, Block 30, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 10:
Lot 108, 110, 139, 142, and 159, Block 32, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 11:
Lot 137, Block 34, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 12:
Lots 63 and 67, Block 35, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 13:
Lots 2, 3, 4, 6, 7, and 31, Block 36, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 14:
Lot 34, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 15:
Lot 36, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 16:
Lot 37, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 17:
Lot 40, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 18:
Lots 43 and 44, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 19:
Lot 47, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 20:
Lot 50, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 21:
Lot 52, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 22:
Lot 65, Block 38, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.



EXHIBIT

C

Lot 11, Block 126, of ROTONDA MEADOWS, according to the Plat thereof, as recorded in Plat Book 10, Page 15, of the Public Records of Charlotte County, Florida.
Tax ID 412133254001

AND

Lot 11, Block 14, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105185010

AND

Lot 12, Block 14, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105185011

AND

Lot 13, Block 14, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105185012

AND

Lot 9, Block 4, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105233009

AND

Lot 26, Block 4, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105233010

AND

Lot 54, Block 15, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105254027

AND

Lot 57, Block 15, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat
Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105254028

AND

Lot 66, Block 15, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat
Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105254029

AND

Lot 68, Block 15, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat
Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105254030

AND

Lot 111, Block 15, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat
Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105254031

AND

Lot 6, Block 11, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book
12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105279006

AND

Lot 9, Block 11, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book
12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105279007

AND

Lot 7, Block 11, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book
12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105279011

AND

Lot 8, Block 11, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105279012

AND

Lot 19, Block 11, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105279014

AND

Lot 5, Block 12, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105281005

AND

Lot 9, Block 12, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105281009

AND

Lot 16, Block 12, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105281016

AND

Lot 32, Block 12, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105281017

AND

Lot 1, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303003

AND

Lot 12, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303004

AND

Lot 13, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303005

AND

Lot 14, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303006

AND

Lot 16, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303007

AND

Lot 21, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303008

AND

Lot 25, Block 20, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422105303009

AND

Lot 45, Block 37, of ROTONDA VILLAS, according to the Plat thereof, as recorded in Plat Book 12, Page 1, of the Public Records of Charlotte County, Florida.
Tax ID 422109231005

| Fill in this information to identify the case: |
|---|

Debtor name __**JRGC, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **A. A. D. A., Inc.** | Describe debtor's property that is subject to a lien | **$5,781,878.93** | **$15,000,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Mendez & Mendez Law
7400 S.W. 57 Court, Ste. 202
Miami, FL 33143**

**300 Lots**

__See attached Exhibit "A"__

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Javier Hinojo** | Describe debtor's property that is subject to a lien | $379,616.00 | $1,800,000.00 |
|---|---|---|---|---|

Creditor's Name

**505 Myrna Lane
Wake Forest, NC 27587**

**36 Lots**

__See attached Exhibit "B"__

Creditor's mailing address

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | JRGC, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | Pallardy LLC | Describe debtor's property that is subject to a lien | $225,000.00 | $1,500,000.00 |

Creditor's Name

**514 North Franklin Street**
**Ste. 106**
**Tampa, FL 33602**
Creditor's mailing address

**30 Lots**

**See attached Exhibit "C"**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.4 | Small Business Admin. | Describe debtor's property that is subject to a lien | $495,000.00 | $0.00 |

Creditor's Name

**801 Tom Martin Dr., Ste.**
**120**
**Birmingham, AL 35211**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $6,881,494.93 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor    **JRGC, LLC**
Name

Case number (if known) _____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Perry G. Gruman, Esq.**<br>**3400 W. Kennedy Blvd.**<br>**Tampa, FL 33609** | Line __2.2__ | |

| Fill in this information to identify the case: |
|---|

Debtor name __**JRGC, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**P. O. Box 6031**<br>**Carol Stream, IL 60197**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** __6009__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Credit Card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $51,656.08 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**First Citizen's Bank**<br>**P. O. Box 27131**<br>**Raleigh, NC 27611-7131**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Line of Credit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $49,883.51 |
| **3.3** | Nonpriority creditor's name and mailing address<br>**First Citizen's Bank**<br>**P. O. Box 27131**<br>**Raleigh, NC 27611-7131**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** __2242__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Credit Card__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $25,239.72 |
| **3.4** | Nonpriority creditor's name and mailing address<br>**M. D. Adnan Rahman**<br>**c/o Josef Y. Rosen, Esq.**<br>**401 E. Jackson St.**<br>**Ste. 2700**<br>**Tampa, FL 33602**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Lawsuit__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $170,000.00 |

Debtor    **JRGC, LLC**
_____          Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$250,000.00** |
| | **Michael Molinari** | ☐ Contingent |
| | **4815 W. Beachway Dr.** | ☐ Unliquidated |
| | **Tampa, FL 33609** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Lawsuit** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$2,036,338.46** |
| | **Ocean Capital Ventures, Inc.** | ☐ Contingent |
| | **300 Beach Dr.** | ☐ Unliquidated |
| | **Ste. 903** | ☐ Disputed |
| | **Saint Petersburg, FL 33701** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Lawsuit** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$250,000.00** |
| | **Scott Seckinger** | ☐ Contingent |
| | **4908 W. Estrella St.** | ☐ Unliquidated |
| | **Tampa, FL 33629** | ☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:  Lawsuit** |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthony & Partners**<br>**100 S. Ashley Dr. Ste. 1600**<br>**Tampa, FL 33602** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Paskert Divers Thompson**<br>**100 North Tampa St.**<br>**Ste. 3700**<br>**Tampa, FL 33602** | Line  **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Paskert Divers Thompson**<br>**100 North Tampa St.**<br>**Ste. 3700**<br>**Tampa, FL 33602** | Line  **3.7**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **2,833,117.77** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,833,117.77** |

**Fill in this information to identify the case:**

Debtor name    **JRGC, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract    _____ | _____ |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract    _____ | _____ |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract    _____ | _____ |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
|    State the term remaining | |
|    List the contract number of any government contract    _____ | _____ |

**Fill in this information to identify the case:**

Debtor name    **JRGC, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Jordan Ruben | P. O. Box 18012 Tampa, FL 33679 | A. A. D. A, Inc. | ☑ D  **2.1**  ☐ E/F _____ ☐ G _____ |
| 2.2 | Jordan Ruben | P. O. Box 18012 Tampa, FL 33679 | American Express | ☐ D _____ ☑ E/F  **3.1**  ☐ G _____ |
| 2.3 | Jordan Ruben | P. O. Box 18012 Tampa, FL 33679 | Javier Hinojo | ☑ D  **2.2**  ☐ E/F _____ ☐ G _____ |
| 2.4 | Jordan Ruben | P. O. Box 18012 Tampa, FL 33679 | M. D. Adnan Rahman | ☐ D _____ ☑ E/F  **3.4**  ☐ G _____ |
| 2.5 | Jordan Ruben | P. O. Box 18012 Tampa, FL 33679 | Michael Molinari | ☐ D _____ ☑ E/F  **3.5**  ☐ G _____ |

Debtor   **JRGC, LLC**                                      Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 **Jordan Ruben** | P. O. Box 18012<br>Tampa, FL 33679 | **Ocean Capital Ventures, Inc.** | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |
| 2.7 **Jordan Ruben** | P. O. Box 18012<br>Tampa, FL 33679 | **Scott Seckinger** | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |
| 2.8 **Jordan Ruben** | P. O. Box 18012<br>Tampa, FL 33679 | **Small Business Admin.** | ☒ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **JRGC, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $242,050.30 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $153,321.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | JRGC, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. A. A. D. A, Inc.<br><br>vs.<br><br>JRGC, LLC<br>23-000393-CA | Foreclosure | The Circuit Court of the 20th<br>Judicial Circuit in and for Charlotte County Florida | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Javier Hinojo<br><br>vs.<br><br>JRGC, LLC<br>22-001603-CA | Foreclosure | The Circuit Court of the 20th<br>Judicial Circuit in and for Charlotte County Florida | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Michael Molinari<br><br>vs.<br><br>JRGC, LLC<br>23-CA-015887 | Collection | The Circuit Court of the 13th<br>Judicial Circuit in and for Hillsborough County Florida | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | JRGC, LLC | Case number *(if known)* |
|--------|-----------|--------------------------|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **M. D. Adnan Rahman**<br><br>**vs.**<br><br>**JRGC, LLC**<br>**23-002626-CA** | Collection | The Circuit Court of the 20th<br>Judicial Circuit in and for Charlotte County Florida | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Ocean Capital Ventures, Inc.**<br><br>**vs.**<br><br>**JRGC, LLC**<br>**23-003531-CA** | Collection | The Circuit Court of the 20th<br>Judicial Circuit in and for Charlotte County Florida | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Scott Seckinger**<br><br>**vs.**<br><br>**JRGC, LLC**<br>**23-CA-015882** | Collection | The Circuit Court of the 13th<br>Judicial Circuit in and for Hillsborough County Florida | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor **JRGC, LLC**                                        Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Buddy D. Ford, P.A. 9301 West Hillsborough Avenue Tampa, FL 33615-3008** | **Attorney Fees $20,262.00 Filing Fee $1,738.00** | **November 1st, 2023** | **$22,000.00** |
| | Email or website address **All@tampaesq.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Fast and Reliable Services, Inc. 7557 South Emerald Ave. Chicago, IL 60620** | **Sold 11925 South Emerald Ave., Chicago, IL 60628 and received $75,000.00** | **10/31/2022** | **$75,000.00** |
| | Relationship to debtor **None** | | | |
| 13.2. | **Unknown** | **Sold Jeep and received $20,000.00** | **2022** | **$20,000.00** |
| | Relationship to debtor **None** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or

Debtor    **JRGC, LLC**                                      Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor   **JRGC, LLC** _____  Case number *(if known)* _____

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **DiSalvo & Associates, PLLC**<br>**1760 N. Jog Rd.**<br>**Ste. 150**<br>**West Palm Beach, FL 33411** | **2010 to Present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | JRGC, LLC | Case number *(if known)* |
|---|---|---|

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jordan Ruben | 3906 W. San Miguel Street Tampa, FL 33629 | Managing Member | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jordan Ruben 3906 W. San Miguel Street Tampa, FL 33629 | Health Insurance; Cell Phone; Cable/Internet; Member Dues to Club; Car Lease Payment and Bank of America Credit Card Payment | 12 months prior to filing bankruptcy | |
| | Relationship to debtor Managing Member | | | |

Debtor  **JRGC, LLC**                                                Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Jordan Ruben**<br>**3906 W. San Miguel Street**<br>**Tampa, FL 33629** | **$60,000.00 Salary** | **12 months prior to filing bankruptcy** | **Salary** |
| | Relationship to debtor<br>**Managing Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **JRGC, LLC** _____    Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2023** _____

**/s/ Jordan Ruben** _____    **Jordan Ruben** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Middle District of Florida

In re    **JRGC, LLC**
                                              Debtor(s)

Case No.
Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jordan Ruben**<br>**3906 W. San Miguel Street**<br>**Tampa, FL 33629** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **November  2, 2023**

Signature    **/s/ Jordan Ruben**
                    **Jordan Ruben**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **JRGC, LLC** _____    Case No. _____
                                    Debtor(s)      Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:   **November  2, 2023** _____          **/s/ Jordan Ruben** _____
                                            **Jordan Ruben**/**Managing Member**
                                            Signer/Title

JRGC, LLC
P. O. Box 18012
Tampa, FL 33679

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

A. A. D. A, Inc.
c/o Mendez & Mendez Law
7400 S.W. 57 Court, Ste. 202
Miami, FL 33143

American Express
P. O. Box 6031
Carol Stream, IL 60197

Anthony & Partners
100 S. Ashley Dr. Ste. 1600
Tampa, FL 33602

First Citizen's Bank
P. O. Box 27131
Raleigh, NC 27611-7131

Javier Hinojo
505 Myrna Lane
Wake Forest, NC 27587

M. D. Adnan Rahman
c/o Josef Y. Rosen, Esq.
401 E. Jackson St.
Ste. 2700
Tampa, FL 33602

Michael Molinari
4815 W. Beachway Dr.
Tampa, FL 33609

Ocean Capital Ventures, Inc.
300 Beach Dr.
Ste. 903
Saint Petersburg, FL 33701

Pallardy LLC
514 North Franklin Street
Ste. 106
Tampa, FL 33602

Paskert Divers Thompson
100 North Tampa St.
Ste. 3700
Tampa, FL 33602

Perry G. Gruman, Esq.
3400 W. Kennedy Blvd.
Tampa, FL 33609

Scott Seckinger
4908 W. Estrella St.
Tampa, FL 33629

Small Business Admin.
801 Tom Martin Dr., Ste. 120
Birmingham, AL 35211

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

In re   __JRGC, LLC_____    Case No. _____
                                    Debtor(s)         Chapter    __11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................    $    _____ **20,262.00**

    Prior to the filing of this statement I have received .......................................    $    _____ **20,262.00**

    Balance Due ..............................................................................    $    _____ **0.00**

2.  $___**1,738.00**___ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__November  2, 2023_____          **/s/ Buddy D. Ford, Esquire**_____
*Date*                                       **Buddy D. Ford, Esquire 0654711**
                                             *Signature of Attorney*
                                             **Buddy D. Ford, P.A.**
                                             **9301 West Hillsborough Avenue**
                                             **Tampa, FL 33615-3008**
                                             **(813)877-4669  Fax: (813)877-5543**
                                             **All@tampaesq.com**
                                             *Name of law firm*