**Fill in this information to identify the case:**

Debtor name    JRGC, LLC

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    8:23-bk-04975

■ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
■ Amended Schedule    Amended Schedule A/B
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 29, 2024        X  /s/ Jordan Ruben
                                         Signature of individual signing on behalf of debtor

Jordan Ruben
Printed name

Managing Member
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **JRGC, LLC**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): **8:23-bk-04975**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................ $ **18,300,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................................................................... $ **202.72**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................ $ **18,300,202.72**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ **7,056,494.93**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **996,779.31**

4. **Total liabilities** ............................................................................................................................. $ **8,053,274.24**
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name __JRGC, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __8:23-bk-04975__

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of Tampa | Business checking | 5472 | $61.75 |
| 3.2. | First Citizen's Bank | Business checking | 4540 | $140.97 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1. $202.72
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

☒ No. Go to Part 4.
☐ Yes Fill in the information below.

Debtor __JRGC, LLC__   Case number (If known) __8:23-bk-04975__
      Name

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **300 Lots** | | | | |
| See attached Exhibit "A" | Fee simple | $0.00 | | $15,000,000.00 |
| 55.2. **36 Lots** | | | | |
| See attached Exhibit "B" | Fee simple | $0.00 | | $1,800,000.00 |

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 2

Debtor   JRGC, LLC
         Name

Case number (If known) 8:23-bk-04975

| | | | | |
|---|---|---|---|---|
| 55.3. | 30 Lots | | | |
| | See attached Exhibit "C" | Fee simple | $0.00 | $1,500,000.00 |

56. **Total of Part 9.**   $18,300,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ■ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 10:   Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   JRGC, LLC_____   Case number (If known) 8:23-bk-04975
         Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form
Type of property | Current value of personal property | Current value of real property

80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1*  $202.72

81. Deposits and prepayments. *Copy line 9, Part 2.*  $0.00

82. Accounts receivable. *Copy line 12, Part 3.*  $0.00

83. Investments. *Copy line 17, Part 4.*  $0.00

84. Inventory. *Copy line 23, Part 5.*  $0.00

85. Farming and fishing-related assets. *Copy line 33, Part 6.*  $0.00

86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.*  $0.00

87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.*  $0.00

88. Real property. *Copy line 56, Part 9*..............................>   $18,300,000.00

89. Intangibles and intellectual property. *Copy line 66, Part 10.*  $0.00

90. All other assets. *Copy line 78, Part 11.*  + $0.00

91. Total. Add lines 80 through 90 for each column   $202.72   + 91b.   $18,300,000.00

92. Total of all property on Schedule A/B. Add lines 91a+91b=92   $18,300,202.72



PARCEL 1:
Lot 4, Block 93, Rotonda Meadows, according to the plat thereof, as recorded in Plat Book 10, Page 15, Public Records of Charlotte County, Florida.

PARCEL 2:
Lot 24, Block 93, Rotonda Meadows, according to the plat thereof, as recorded in Plat Book 10, Page 15, Public Records of Charlotte County, Florida.

PARCEL 3:
Lot 60, Block 10, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 4:
Lot 67, Block 25, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 5:
Lots 31 and 61, Block 26, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 6:
Lots 425, 426, and 427, Block 28, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 7:
Lot 11, Block 29, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 8:
Lot 219, Block 30, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 9:
Lot 221, Block 30, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 10:
Lot 108, 110, 139, 142, and 159, Block 32, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 11:
Lot 137, Block 34, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 12:
Lots 63 and 67, Block 35, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 13:
Lots 2, 3, 4, 6, 7, and 31, Block 36, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 14:
Lot 34, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 15:
Lot 36, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 16:
Lot 37, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 17:
Lot 40, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 18:
Lots 43 and 44, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 19:
Lot 47, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 20:
Lot 50, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 21:
Lot 52, Block 37, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

PARCEL 22:
Lot 65, Block 38, Rotonda Villas, according to the plat thereof as recorded in Plat Book 12, Page 1, Public Records of Charlotte County, Florida.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                              Chapter 11

JRGC, LLC,                                                    Case No: 8:23-bk-04975-BAJ

_____Debtor(s)._____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of January, 2024, a true and correct copy of the Summary of Assets and Liabilities and Amended Schedules A/B has been served upon all interested parties listed on the ■ CM/ECF Electronic Mail list and by ■ U.S. Regular First Class Mail to:

JRGC, LLC, P. O. Box 18012, Tampa, FL 33679

                          BUDDY D. FORD, P.A.,

                          /s/ Buddy D. Ford_____
                          Buddy D. Ford, Esquire (FBN: 0654711)
                          Email: Buddy@tampaesq.com
                          Jonathan A. Semach, Esquire (FBN: 0060071)
                          Email: Jonathan@tampaesq.com
                          9301 West Hillsborough Avenue
                          Tampa, Florida 33615-3008
                          Telephone #: (813) 877-4669
                          Facsimile #: (813) 877-5543
                          Office Email: All@tampaesq.com
                          Attorney for Debtor